UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEAHY, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NUTRIBULLET, L.L.C., a California Limited Liability Company, CAPITAL BRANDS, L.L.C., a California Limited Liability Company, HOMELAND HOUSEWARES, L.L.C., a California Limited Liability Company, CALL TO ACTION, L.L.C., a California Limited Liability Company, NUTRILIVING L.L.C., AMAZON.COM SERVICES, INC., a Delaware corporation, JAZZER SHACK, L.L.C., a New Jersey Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-07376-DPP-SS<br><br>**ORDER GRANTING EXTENSION OF TIME FOR AMAZON.COM SERVICES, INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |

1  Before the Court is Defendant Amazon.com Services, Inc. and Plaintiff
2  Andrew Leahy's Stipulation to Extend Amazon.com Services, Inc.'s Time to
3  Respond to Plaintiff's First Amended Complaint.  Having considered the papers
4  submitted and good cause appearing therefore, Defendant Amazon.com Services,
5  Inc.'s deadline to answer or otherwise respond to the First Amended Complaint
6  shall be extended by thirty (30) days, from October 8, 2019, to November 7, 2019.

**IT IS SO ORDERED.**

DATED: 10-4-2019

_____
Hon. Dean D. Pregerson
United States District Court Judge