NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

LAW OFFICES OF JOHN A. HAUSER
By: ROBERT STRUCK, SBN 144566
One Pointe Drive, 6th Floor
Brea, CA 92821
Mailing Address: P.O. Box 2282, Brea, CA 92822-2282
PHONE: (714) 571-0407  FAX: (877) 369-5799
DIRECT: (714) 674-1066
E-Mail: Robert.Struck@thehartford.com

ATTORNEY(S) FOR: Defendant, JAZZER SHACK LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEAHY, AN INDIVIDUAL, <br><br> Plaintiff(s), <br><br> v. <br><br> NUTRIBULLET, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:19-CV-07376-DDP-SSX <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendant, JAZZER SHACK LLC_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ANDREW LEAHY | PLAINTIFF |
| NUTRIBULLET, LLC | DEFENDANT |
| NUTRILIVING, LLC | DEFENDANT |
| CAPITAL BRANDS, LLC | DEFENDANT |
| HOMELAND HOUSEWARES, LLC | DEFENDANT |
| CALL TO ACTION, LLC | DEFENDANT |
| AMAZON.COM SERVICES, INC. | DEFENDANT |
| JAZZER SHACK, LLC | DEFENDANT |

OCTOBER 29, 2019                    s/Robert Struck
Date                                Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, JAZZER SHACK LLC