| | |
|---|---|
| 1 | **Walter M. Yoka, Bar #94536** |
| 2 | wyoka@yokasmith.com |
|   | **David T. McCann, Bar #115971** |
| 3 | dtmccann@yokasmith.com |
| 4 | **Alice Chen Smith, Bar #251654** |
|   | asmith@yokasmith.com |
| 5 | **R. Bryan Martin, Bar #221684** |
| 6 | bmartin@yokasmith.com |
| 7 | **Davida M. Frieman, Bar #232096** |
|   | dfrieman@yokasmith.com |
| 8 | **YOKA & SMITH, LLP** |
| 9 | 445 South Figueroa St., 38th Floor |
|   | Los Angeles, California 90071 |
| 10 | Phone:  (213) 427-2300 |
| 11 | Fax:      (213) 427-2330 |
| 12 | Attorneys for Defendants, NUTRIBULLET, LLC and CAPITAL BRANDS, LLC; |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | | |
|---|---|---|
| ANDREW LEAHY, an individual | ) | Case No.:  2:19-cv-07376-DDP-SS |
| | ) | |
| Plaintiffs, | ) | District Judge: Hon. Dean D. Pregerson |
| | ) | Magistrate: Hon. Suzanne H. Segal |
| vs. | ) | |
| | ) | **DEFENDANTS' CERTIFICATION** |
| NUTRIBULLET, L.L.C., a California | ) | **AS TO INTERESTED PARTIES** |
| Limited Liability Company; CAPITAL | ) | **PURSUANT TO CD CA RULE 7.1-1** |
| BRANDS, L.L.C., a California Limited | ) | |
| Liability Company; HOMELAND | ) | |
| HOUSEWARES, L.L.C., a California | ) | |
| Limited Liability Company; CALL TO | ) | Complaint Filed:  August 26, 2019 |
| ACTION, L.L.C., a California Limited | ) | First Amended Complaint Filed: |
| Liability Company; NUTRILIVING, | ) | September 11, 2019 |
| L.L.C., AMAZON.COM SERVICES, | ) | Trial Date:  TBD |
| INC., a Delaware corporation, JAZZER | ) | |
| SHACK, L.L.C., a New Jersey Limited | ) | |
| Liability Company, and Does 1 through | ) | |

1

DEFENDANTS'CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO CD CA
RULE 7.1-1

|   |   |
|---|---|
| 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**TO THE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD HEREIN:**

To enable the Court to evaluate possible disqualification or recusal, the undersigned, counsel of record for Defendants NUTRIBULLET, L.L.C., CAPITAL BRANDS, L.L.C, HOMELAND HOUSEWARES, L.L.C., CALL TO ACTION, L.L.C, NUTRILIVING, L.L.C., hereby represents and certifies that the following named persons or entities (other than those named as parties to this action), have the following described connection with or direct, pecuniary interest in the outcome of this case:

1. Andrew Leahy
2. Nutribullet, LLC;
3. Capital Brands, LLC;
4. Homeland Housewares, LLC;
5. Call to Action, LLC;
6. Nutriliving, LLC;

DATED: November 6, 2019

**YOKA & SMITH, LLP**

By: /s/ DAVIDA M. FRIEMAN
**Walter M. Yoka**
**David T. McCann**
**R. Bryan Martin**
**Alice Chen Smith**
**Davida M. Frieman**
Attorneys For Defendants, Nutribullet, LLC; Capital Brands, LLC; Homeland Housewares, LLC; Call To Action, Llc And Nutriliving, LLC