UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEAHY, an individual;<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NUTRIBULLET, L.L.C., a California Limited Liability Company, CAPITAL BRANDS, L.L.C., a California Limited Liability Company, HOMELAND HOUSEWARES, L.L.C., a California Limited Liability Company, CALL TO ACTION, L.L.C., a California Limited Liability Company, NUTRILIVING L.L.C., AMAZON.COM SERVICES, INC., a Delaware corporation, JAZZER SHACK, L.L.C., a New Jersey Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:19-cv-07376-DPP-SS<br><br>**ORDER RE STIPULATION TO DISMISS FIFTH AND SIXTH CLAIMS FOR RELIEF IN PLAINTIFF'S FIRST AMENDED COMPLAINT AS TO DEFENDANT AMAZON.COM SERVICES, INC.** |

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that:

　　1.　Plaintiff's Fifth Claim for Relief for Breach of Implied Warranty of Merchantability, as set forth in his First Amended Complaint, be dismissed without prejudice as to Defendant Amazon.com Services, Inc. only.

---

[PROPOSED] ORDER ON STIPULATION TO DISMISS CLAIMS FROM FIRST AMENDED COMPLAINT
CASE NO. 2:19-cv-07376-DDP-SS

2. Plaintiff's Sixth Claim for Relief for Unfair Competition in Violation of Bus. & Prof. Code §§ 17200 et seq., as set forth in his First Amended Complaint, be dismissed without prejudice as to Defendant Amazon.com Services, Inc. only.

Defendant Amazon.com Services, Inc. shall have 10 days from the date that this order is entered to file its response to the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: November 13, 2019

_____
Hon. Dean D. Pregerson
United States District Court Judge