| | |
|---|---|
| 1 | Julie L. Hussey, Bar No. 237711 |
| | JHussey@perkinscoie.com |
| 2 | Julian Feldbein-Vinderman, Bar No. 307838 |
| | JFeldbeinVinderman@perkinscoie.com |
| 3 | Max L. Rothman, Bar No. 313026 |
| | MRothman@perkinscoie.com |
| 4 | PERKINS COIE LLP |
| | 11452 El Camino Real, Suite 300 |
| 5 | San Diego, CA 92130-2594 |
| | Telephone: 858.720.5700 |
| 6 | Facsimile: 858.720.5799 |

Attorneys for Defendant
Amazon.com Services, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEAHY, an individual; | Case No. 2:19-cv-07376-DPP-SS |
| Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
| v. | |
| NUTRIBULLET, L.L.C., a California Limited Liability Company, CAPITAL BRANDS, L.L.C., a California Limited Liability Company, HOMELAND HOUSEWARES, L.L.C., a California Limited Liability Company, CALL TO ACTION, L.L.C., a California Limited Liability Company, NUTRILIVING L.L.C., AMAZON.COM SERVICES, INC., a Delaware corporation, JAZZER SHACK, L.L.C., a New Jersey Limited Liability Company, and DOES 1 through 10, inclusive, | Judge: Hon. Dean D. Pregerson |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7.1-1, the undersigned counsel of record for Defendant Amazon.com Services, Inc. certifies

1  that the following listed party (or parties) may have a pecuniary interest in the
2  outcome of this case:
3      1.    Defendant Amazon.com Services, Inc.;
4      2.    Defendant Nutribullet, LLC;
5      3.    Defendant Capital Brands, LLC
6      4.    Defendant Homeland Housewares, LLC;
7      5.    Defendant Call to Action, LLC;
8      6.    Defendant Nutriliving, LLC;
9      7.    Defendant Jazzer Shack, LLC; and
10     8.    Zurich American Insurance Company
11 These representations are made to enable the Court to evaluate possible
12 disqualification or recusal.

DATED: November 19, 2019    **PERKINS COIE LLP**

By: /s/ *Max L. Rothman*
Julie L. Hussey, Bar No. 237711
JHussey@perkinscoie.com
Julian Feldbein-Vinderman, Bar No. 307838
JFeldbeinVinderman@perkinscoie.com
Max L. Rothman, Bar No. 313026
MRothman@perkinscoie.com

Attorneys for Defendant
Amazon.com Services, Inc.