Daniel R. Friedenthal, Esq., State Bar No. 136847
Robert L. Rosvall, Esq. State Bar No. 314510
FRIEDENTHAL, HEFFERNAN & BROWN, LLP
1520 W. Colorado Boulevard, Second Floor
Pasadena, California 91105
Telephone: (626) 628-2800
Facsimile: (626) 628-2828
Attorneys for Defendants, JAZZER SHACK, LLC
And AMAZON.COM, SERVICES INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

| | |
|---|---|
| ANDREW LEAHY,<br><br>Plaintiff,<br><br>vs.<br><br>NUTRIBULLET, LLC, CAPITAL BRANDS, LLC, HOMELAND HOUSEWARES, LLC, CALL TO ACTION, LLC, NUTRILIVING, LLC, AMAZON.COM SERVICES, INC, JAZZER SHACK, LLC,<br><br>Defendants.<br>_____<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 2:19-cv-07376-DDP (SSx) and related cases<br><br>**AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

COMES NOW DEFENDANT JAZZER SHACK, LLC and pursuant to Federal Rule of Civil Procedure 7.1 hereby submits its Amended Certificate of Interested Parties.

**I. INTERESTED PERSONS**

The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other

1  entities that have a financial interest in the subject matter in controversy or in a party
2  to the proceeding, or have a non-financial interest in that subject matter or in a party
3  that could be substantially affected by the outcome of this proceeding include:

4      a.    ANDREW LEAHY
5      b.    NUTRIBULLET, LLC
6
7      c.    NUTRILIVING, LLC
8      d.    CAPTIAL BRANDS, LLC
9      e.    HOMELAND HOUSEWARES, LLC
10     f.    CALL TO ACTION, LLC
11
12     g.    AMAZON.COM SERVICES, INC.
13     h.    JAZZER SHACK, LLC
14     i.    FRIEDENTHAL, HEFFERNAN & BROWN, LLP
15     j.    ABIR COHEN TREYZON SALO, LLP
16     k.    YOKA & SMITH, LLP
17     l.    STEINER & LIBO, P.C.
18     m.    PERKINS COIE, LLP
19     n.    THE HARTFORD
20     o.    ZURICH AMERICAN INSURANCE
21
22
23 DATED: April 1, 2020    FRIEDENTHAL, HEFFERNAN & BROWN, LLP
24
25     By *Daniel R. Friedenthal*
26     DANIEL R. FRIEDENTHAL, ESQ.
    ROBERT L. ROSVALL, ESQ
27     Attorneys for Defendant, JAZZER SHACK, LLC
28

2

**AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES**