**Boris Treyzon, Bar #188893**
*btreyzon@actslaw.com*
**Douglas Rochen, Bar # 217231**
*drochen@actslaw.com*
**Aaron Lavine, Bar #260277**
*alavine@actslaw.com*
**ABIR COHEN TREYZON SALO, LLP**
16001 Ventura Boulevard, Suite 200
Encino, California 91436
Phone: (310) 407-7888
Fax: (424) 288-4368

Attorneys for Plaintiff ANDREW LEAHY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANDREW LEAHY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>NUTRIBULLET, L.L.C., a California Limited Liability Company, CAPITAL BRANDS, L.L.C., a California Limited Liability Company, HOMELAND HOUSEWARES, L.L.C., a California Limited Liability Company, CALL TO ACTION, L.L.C., a California Limited Liability Company, NUTRILIVING, L.L.C., a California Limited Liability Company, AMAZON.COM SERVICES, INC., a Delaware Corporation, JAZZER SHACK, L.L.C, a New Jersey Limited Liability Company, and DOES 1 through 10, inclusive, | Case No.: 2:19-cv-07376-DDP (GJSx)<br><br>District Judge: Hon. Dean D. Pregerson<br><br>**NOTICE OF PARTIAL SETTLEMENT OF CASE** |

Defendants

**TO THE COURT AND TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff ANDREW LEAHY has entered into a settlement with Defendants NUTRIBULLET, L.L.C., CAPITAL BRANDS, L.L.C, HOMELAND HOUSEWARES, L.L.C, CALL TO ACTION, L.L.C., and NUTRILIVING, L.L.C only. The case remains in litigation with the other non-settling Defendants. The settling parties are in the process of finalizing and executing a settlement agreement.

Plaintiff requests that the Court vacate all pending dates and set an Order to Show Cause re: Dismissal for 75 days from the date of this notice.

DATED: April 24, 2020            **ABIR COHEN TREYZON SALO, LLP**

　　　　　　　　　　　　　　　　 /s/ Aaron Lavine_____
　　　　　　　　　　　　　　　　Boris Treyzon, Esq.
　　　　　　　　　　　　　　　　Douglas Rochen, Esq.
　　　　　　　　　　　　　　　　Aaron Lavine, Esq.
　　　　　　　　　　　　　　　　Attorneys for Plaintiff