**Walter M. Yoka, Bar #94536**
*wyoka@yokasmith.com*
**David T. McCann, Bar #115971**
*dtmccann@yokasmith.com*
**Alice Chen Smith, Bar #251654**
*asmith@yokasmith.com*
**R. Bryan Martin, Bar #221684**
*bmartin@yokasmith.com*
**Charlie Y. Wang, Bar #320236**
*cwang@yokasmith.com*
**YOKA & SMITH, LLP**
445 South Figueroa St., 38th Floor
Los Angeles, California 90071
Phone:  (213) 427-2300
Fax:      (213) 427-2330

**Mark K. Suzumoto**, Bar No. 108690
11601 Wilshire Boulevard
23rd Floor
Los Angeles, CA 90025
Tel: (310) 996-7200
*mark.suzumoto@capitalbrands.com*

Attorneys for Cross-Claimants, NUTRIBULLET, LLC and CAPITAL BRANDS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDREW LEAHY, an individual<br><br>　　　　　Plaintiff,<br><br>vs. | Case No.:  2:19-cv-07376-DDP-GJSxx<br><br>District Judge: Hon. Dean D. Pregerson<br>Magistrate: Hon. Gail J. Standish |

1

CROSS-CLAIMANTS NUTRIBULLET, LLC AND CAPITAL BRANDS, LLC'S
NOTICE OF ASSOCIATION OF COUNSEL MARK K. SUZUMOTO

| | |
|---|---|
| NUTRIBULLET, L.L.C., a California Limited Liability Company; CAPITAL BRANDS, L.L.C., a California Limited Liability Company; HOMELAND HOUSEWARES L.L.C., a California Limited Liability Company; CALL TO ACTION L.L.C., a California Limited Liability Company; NUTRILIVING, L.L.C., AMAZON.COM SERVICES, INC., a Delaware corporation, JAZZER SHACK, L.L.C., a New Jersey Limited Liability Company, and Does 1 through 10, inclusive,<br><br>              Defendants.<br><br>NUTRIBULLET, LLC; CAPITAL BRANDS, LLC,<br><br>              Cross-Claimants,<br>vs.<br><br>JAZZER SHACK, LLC and Does 1 through 50, inclusive,<br><br>              Cross-Defendants, | **CROSS-CLAIMANTS NUTRIBULLET, LLC AND CAPITAL BRANDS, LLC'S NOTICE OF ASSOCIATION OF COUNSEL MARK K. SUZUMOTO** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Cross-Claimants NutriBullet, LLC and Capital Brands, LLC, by and through their counsel Yoka & Smith, LLP hereby associates attorney Mark K. Suzumoto (Cal. SBN 108690) as its counsel of record.

///

///

///

Please add Mr. Suzumoto to your service list for all future documents and filings, using the information listed below.

Mark K. Suzumoto (SBN 108690)
11601 Wilshire Boulevard
23rd Floor
Los Angeles, CA 90025
Tel: (310) 996-7200
Email: mark.suzumoto@capitalbrands.com

DATED: April 28, 2020                                **YOKA & SMITH, LLP**

By:      /s/ Charlie Y. Wang
**Walter M. Yoka, Bar #94536**
*wyoka@yokasmith.com*
**David T. McCann, Bar #115971**
*dtmccann@yokasmith.com*
**Alice Chen Smith, Bar #251654**
*asmith@yokasmith.com*
**R. Bryan Martin, Bar #221684**
*bmartin@yokasmith.com*
**Charlie Y. Wang, Bar #320236**
*cwang@yokasmith.com*

Attorneys for Cross-Claimants, NUTRIBULLET, LLC and CAPITAL BRANDS, LLC

CROSS-CLAIMANTS NUTRIBULLET, LLC AND CAPITAL BRANDS, LLC'S
NOTICE OF ASSOCIATION OF COUNSEL MARK K. SUZUMOTO