JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW LEAHY, an individual<br><br>　　Plaintiff,<br><br>　vs.<br><br>NUTRIBULLET, L.L.C., a California Limited Liability Company, et al.<br><br>　　Defendants.<br><br>―――――――――――――――<br><br>NUTRIBULLET, LLC; CAPITAL BRANDS, LLC,<br><br>　　Cross-Claimants,<br><br>　vs.<br><br>JAZZER SHACK, LLC and Does 1 through 50, inclusive<br><br>　　Cross-Defendants. | CASE NO. 2:19-cv-07376-DDP-(GJSx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

TROJAN LAW OFFICES
BEVERLY HILLS

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice, all claims between Cross-Claimants Nutribullet, LLC and Capital Brands, LLC (herein "Nutribullet") and Cross-Defendant Jazzer Shack, LLC ("Jazzer Shack"), are hereby DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: __1-4-2022_____

_____
Hon. Dean D. Pregerson
United States District Court Judge

-1-